**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

CA 05 168 S

**STATE OF RHODE ISLAND**

vs.

**KEYSPAN LNG, L.P.**

**C.A. No. 05-** 1896

## COMPLAINT

## INTRODUCTION

The people of the State of Rhode Island seek herein to establish their rightful title and interest in the submerged bottom of the Providence River, and to enjoin defendant from driving piles and constructing facilities on 450 square feet of the bed (and associated surface areas) without the State's granting of a deed, lease or license.

## PARTIES

1. Plaintiff, State of Rhode Island, is a body politic and sovereign state of the United States of America.

2. Defendant KeySpan LNG, L.P., is a limited partnership doing business at 21 Terminal Road in Providence, Rhode Island.

## FACTS

3. KeySpan LNG, L.P. (hereafter referred to as "KeySpan") intends to, inter alia, construct and install certain liquefied natural gas facilities at 21 Terminal Road in Providence, Rhode Island, and also in the submerged land under the Providence River adjacent to said location.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2005 APR 14 A 11: 06

1

4. The activities proposed by KeySpan include the driving of piles into the Providence River bottom to support a ship berth and unloading facilities, as well as the anchorage of a construction barge in the same vicinity, and the eventual berthing of large LNG delivery vessels at the facility.

5. The aquatic sediments at the location where the proposed piles will be driven into the submerged bottom are considered highly contaminated with industrial pollutants.

6. The proposed activities by KeySpan will disturb the highly-contaminated bed soil and adversely impact the surface water quality in the vicinity.

7. The surface water which will be adversely impacted from the release of the contaminated sediments associated with KeySpan's proposed activities is owned by the Plaintiff State of Rhode Island.

8. As a direct result of KeySpan's proposed construction and installation activities the potential exists for a spill or release of hazardous materials, such as fuel or lubricants, and any such spill or release would adversely impact the surface and/or groundwater in the vicinity.

9. The groundwater and surface water which would be adversely impacted from a spill or release of hazardous substances are vital natural resources owned by the Plaintiff State of Rhode Island.

10. The process of driving piles into the bed will create underwater noise energy which will disturb the existing benthic community, and could also harm fish, or reduce fish usage of the area.

11. The fish and benthic community which will be disturbed by KeySpan's proposed pile driving and other activities are important natural resources owned or managed by the State of Rhode Island.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

12. The reduced fish usage of the area resulting from KeySpan's proposed activities will adversely impact recreational fishing opportunities in the vicinity that have been enjoyed by the public for centuries.

13. Following KeySpan's proposed construction activities, it intends to occupy approximately 450 square feet of the bed with piles and/or piers or related structures on a long-term basis as well as impose superstructures on the water's surface.

14. The piers, piles and/or related structures planned to be constructed by KeySpan will not be located in the "federal channel" portion of the Providence River.

15. The State of Rhode Island owns the submerged areas of the Providence River where KeySpan intends to construct its piles, piers and/or related structures.

16. The laws of the State of Rhode Island set forth a procedure which must be followed in order to obtain a right to use submerged lands such as the bed in question, or to obtain title to such land.

17. Notwithstanding its lack of ownership of, or other possessory interest in, the submerged bed of the Providence River, KeySpan has not availed itself of the options provided under State law to gain title to, or make use of, the submerged bed.

18. Upon information and belief, KeySpan does not believe that permission of the State of Rhode Island, or title to the subject property, is required to be obtained before undertaking the proposed construction and installation activities.

19. KeySpan intends to immediately commence construction of the piles, piers and/or related structures without first obtaining title to the property, or a right to use it, from the owner, i.e., the State of Rhode Island.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

20. KeySpan's commencement of construction, and subsequent occupancy of approximately 450 square feet of the Providence River bed, will constitute an unlawful trespass, and will harm the public's interest in continued use of the subject property.

21. The 450 square feet of bed (and associated water surface) KeySpan intends to occupy with piers and other structures is presently available to and used by the public for navigation purposes, and recreation, including fishing and boating.

22. The Court's grant of an injunction to prohibit the proposed construction activities and occupancy of the submerged land by KeySpan will preserve the status quo.

23. In the absence of the relief requested herein, Plaintiff has no adequate remedy at law to prevent the adverse impacts to the State's natural resources and public rights which will result from KeySpan's proposed activity.

24. A Rhode Island Coastal Resources Management Council "Assent", or a resolution of the General Assembly duly enacted into law, is required for the proposed activity because the proposed project is located in the Providence River.

**COUNT ONE**

"Declaratory Relief in the Nature of a Quiet Title Suit"

25. Plaintiff realleges, and incorporated herein, the allegations contained in paragraphs 1-24 of this Complaint.

26. WHEREFORE, Plaintiff respectfully requests that the Court grant it a Declaratory Judgment affirming that the State of Rhode Island possesses a seisan in fee title interest in the submerged land which is the subject of this lawsuit, and that KeySpan has not obtained a license, permit, lease, or grant from the General Assembly, to use the submerged land from the State of Rhode Island.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COUNT TWO**

"Encroachment on Public Right"

27. Plaintiff realleges herein the allegations contained in paragraphs 1-24 of this Complaint.

28. Defendant intends to encroach upon public rights to use and enjoy property which belongs to the public through the aforesaid construction activities, and subsequent long-term private use of 450 square feet of the Providence River bed.

29. WHEREFORE, Plaintiff requests that Defendant be temporarily, preliminarily and permanently enjoined from encroaching upon the public's rights to use and enjoy its property beneath the Providence River, and the waters above it.

**COUNT THREE**

"Trespass"

30. Plaintiff realleges herein the allegations contained in paragraphs 1-24 of this Complaint.

31. The activities which the Defendant anticipates conducting in the submerged land beneath the Providence River constitutes a trespass upon property owned by the State of Rhode Island.

32. WHEREFORE, Plaintiff requests that Defendant be temporarily, preliminarily, and permanently enjoined from trespassing on the submerged land beneath the Providence River.

**COUNT FOUR**

"Public Nuisance"

33. Plaintiff realleges herein the allegations contained in paragraphs 1-24 of this Complaint.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

34. The proposal encroachment by Defendant on the public's land will constitute a public nuisance.

35. WHEREFORE, Plaintiff requests that the Court temporarily, preliminarily and permanently enjoin Defendant from encroaching upon the public's property beneath the Providence River.

Respectfully submitted,

STATE OF RHODE ISLAND
By its Attorney,

*Terence J. Tierney*

Terence J. Tierney, (#2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2307
Fax: (401) 222-3016

\\Attg5\Civil\M. Rubin\CASES\Keyspan\RI v. KeySpan\Pleadings RI v. KeySpan\Complaint Mike's revisions with extra revisions, changes accepted.doc

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island