Holland+Knight

Tel 401 751 8500
Fax 401 553 6850

Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
www.hklaw.com

Laura Jeanne Verdecchia
Paralegal
401 824 5136
lj.verdecchia@hklaw.com

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
APR 26 2005
FILED

April 26, 2005

**VIA HAND DELIVERY**
Clerk's Office
United States District Court
For the District of Rhode Island
Federal Building & Courthouse
One Exchange Terrace
Providence, RI 02903

Re: State of Rhode Island v. KeySpan LNG, L.P.
C.A. No. 05-168-S

Dear Clerk:

Enclosed please find a certified copy of an updated Superior Court Docket Event Listing that the Superior Court Clerk provided to me that indicates the case was removed to U.S. District Court. This Docket relates to Keyspan LNG's Notice of Removal filed on April 22, 2005.

Thank you for your attention to this matter.

Sincerely yours,

HOLLAND & KNIGHT LLP

Laura Jeanne Verdecchia

Laura Jeanne Verdecchia
Paralegal

Enclosure

Cc: Opposing Counsel of Record
Gregory L. Benik, Esq.

SCANNED

# 2802093_v1

3

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 04/22/2
SUPERIOR CT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2005 1896 TYPE INJUNCTIVE RELIEF
TITLE: STATE OF RHODE ISLAND V KEYSPAN LNG LP
FILING DATE: 04-14-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| KEYSPAN LNG LP | BDF | Unknown, Attorney | AOR |
| STATE OF RHODE ISLAND | BPL | Tierney, Terence J | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

KRH 04-15-2005
COMPLAINT FILED
JM 04-22-2005
NOTICE OF REMOVAL
JM 04-22-2005
CASE REMOVED TO U.S. DISTRICT CT

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island