UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEYSPAN LNG, L.P.,

Plaintiff

v. C.A. No. 05-91S

THE RHODE ISLAND COASTAL RESOURCES
MANAGEMENT COUNCIL, ET AL.,

Defendants

STATE OF RHODE ISLAND,

Plaintiff

v. C.A. No. 05-168S

KEYSPAN LNG, L.P.

Defendant

**ORDER**

Keyspan LNG, L.P.'s Motion to Consolidate the above cases under Rule 42(a) of the Federal Rules of Civil Procedure is GRANTED. As of this date, all documents are to be filed in the lead case, KeySpan LNG, L.P. v. The Rhode Island Coastal Resources Management Council, et al., C.A. No. 05-91S.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 5/19/05

46/9