**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091-S** |
| | ) | |
| **THE RHODE ISLAND COSTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL; et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

**PLAINTIFF'S UNOPPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff, Keyspan, LNG, L.P., hereby moves, pursuant to Fed. R. Civ. P. 41(a)(2), for voluntary dismissal without prejudice of the above-captioned Complaint.

Counsel for Plaintiff represents that counsel for Defendants consent to this motion.

Respectfully submitted,

KEYSPAN LNG, L.P.
By its Attorneys,

Date: October 9, 2007

/s/ Gregory L. Benik
Gregory L. Benik, Esq. (#515)
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903
gbenik@nixonpeabody.com
Tel: (401) 454-1025
Fax: (401) 454-1030

# CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below:

- **Brian A. Goldman**
  Goldlaw@cox.net
- **Christopher M. Mulhearn**
  cmulhearn@frlawri.com,jsmith@frlawri.com
- **Michael Rubin**
  mrubin@riag.ri.gov,plopes@riag.ri.gov
- **Peter D. Ruggiero**
  ruggieropd@ruggiero-orton-brochu.com
- **Terence J. Tierney**
  ttierney@riag.ri.gov,ccole@riag.ri.gov

Manual filing via first class mail to the following parties:

**Frederick M. Lowther, Esq,**
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

**Beth L. Webb, Esq.**
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

**Adrienne G. Southgate, Esq. (#3363)**
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

/s/ Gregory L. Benik